UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FRANK ENRIQUEZ, on behalf
of himself and all others similarly
situate,

           Plaintiff,

Case No. 1:12-cv-20613-PCH

v.

EASTON-BELL SPORTS, INC. and
RIDDELL SPORTS GROUP, INC.

           Defendants.
_____/

## NOTICE OF APPEARANCE

D. Matthew Allen of the law firm of Carlton Fields, P.A. files this Notice of Appearance on behalf of EASTON-BELL SPORTS, INC. and RIDDELL SPORTS GROUP, INC., and request that all pleadings, correspondence and other papers be served on the undersigned.

           *s/ D. Matthew Allen*
           D. Matthew Allen
           Florida Bar No. 866326
           Email:  mallen@carltonfields.com
           CARLTON FIELDS, P.A
           4221 West Boy Scout Blvd., Suite 1000
           Tampa, Florida 33607
           Telephone No.  (813) 223-7000
           Facsimile No.   (813) 229-4133

22454641.1

## CERTIFICATE OF SERVICE

I hereby certify that on the March 19, 2011, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using CM/ECF which will send a notice of electronic filing to the following CM/ECF participants:

Kevin B. Love
Jason G. Andrew
CRIDEN & LOVE, P.A.
7301 S.W. 57th Court, Suite 515
South Miami, FL  33143

Daniel E. Gustafson
Jason S. Kilene
David A. Goodwin
GUSTAFSON GLUEL, PLLC
650 Northstar East
608 Second Ave. South
Minneapolis, MN  55402

Charles S. Zimmerman
J. Gordon Rudd, Jr.
Brian C. Gudmundson
ZIMMERMAN REED, PLLP
1100 IDS Center
80 South Eighth Street
Minneapolis, MN  55402

Richard A. Lockridge
Yvonne M. Flaherty
LOCKRIDGE GRINDAL NAUEN, PLLP
100 Washington Ave. S., Suite 2200
Minneapolis, MN  55401

Garret D. Blanchfield
Brant Penney
REINHARDT WENDORF & BLANCHFIELD
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN  55101

          *s/D. Matthew Allen*
          Attorney

22454641.1