UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20613-CIV-HUCK/BANDSTRA

Frank Enriquez, on behalf of himself and all
others similarly situated,

    Plaintiff,

Vs.

Easton-Bell Sports, Inc. and Riddell, Inc.,

    Defendants

**DEFENDANT RIDDELL, INC.'S CERTIFICATE
OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant, Riddell, Inc., by and through undersigned counsel, and pursuant to this Court's March 16, 2012, Order Setting Jury Trial Date and Pre-Trial Order, hereby discloses the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

1. Frank Enqriquez, Plaintiff

2. Easton-Bell Sports, Inc., Defendant

3. Riddell, Inc., Defendant

4. Attorneys for Defendants:

    (a)    Benjamine Reid
              Olga M. Viera
              D. Matthew Allen
              Carlton Fields, P.A.

  (b)  Paul G. Cereghini
     John D. Sear
     Nathan J. Marcusen
     Bowman and Brooke LLP; and

5. Attorneys for Plaintiff:

  (a)  Charles S. Zimmerman
     J. Gordon Rudd, Jr.
     Brian C. Gudmundson
     Zimmerman Reed P.L.L.P

  (b)  David Goodwin
     Jason Kilene
     Dan Gustafson
     Gustafson & Gluek PLLC

  (c)  Richard A. Lockridge
     Yvonne M. Flaherty
     Lockridge Grindal Nauen, P.L.L.P

  (d)  Garrett D. Blanchfield
     Brant Penney
     Reinhardt Wendorf & Blanchfield

  (e)  Simon B. Paris
     Saltz Mongeluzzi
     Barrett & Bendesky, PC

  (f)  Kevin B. Love
     Jason G. Andrew
     Criden & Love, P.A.

6. Corporate Entities of Defendant Riddell, Inc.:

  (a)  Riddell Sports Group, Inc. (parent corporation of Riddell, Inc.)

  (b)  Easton-Bell Sports, Inc. (parent corporation of Riddell Sports Group, Inc.)

  (c)  RBG Holdings Corp. (parent corporation of Easton-Bell Sports, Inc.)

  (d)  EB Sports Corp. (parent corporation of RBG Holdings Corp.)

  (e)  Easton-Bell Sports, LLC (parent company of EB Sports Corp.)

(f)   Equilink Licensing, LLC (subsidiary company of Riddell, Inc.)

(g)   Throughout the period potentially covered by this litigation, Riddell, Inc. has had insurance through many different carriers, at different levels, with different policy terms, and many other variations that will affect whether and to what extent there is or may be an insurance carrier which may be liable in whole or in part, either directly or indirectly, for a judgment that may be entered in this action for for the costs of defense.  Determining actual coverage in this unique circumstance, involving scores of potential Plaintiffs over decades of potential time, is and will be a significant undertaking.  Riddell, Inc. is currently researching this issue and will, in accordance with its obligations under the federal rules, supplement this disclosure to identify, as best it can, any such potentially interested insurers.

Respectfully submitted,

CARLTON FIELDS, P.A.
*Attorneys for Defendants Easton-Bell Sports, Inc. and Riddell, Inc.*
Miami Tower
100 Southeast Second Street, #4200
Miami, Florida  33131
Telephone: (305) 530-0050
Facsimile:  (305) 530-0055


By:___*s/Olga M. Vieira*_____
       BENJAMINE REID
       Florida Bar No. 193522
       Email: breid@carltonfields.com
       D. MATTHEW ALLEN
       Florida Bar No. 866326
       Email: mallen@carltonfields.com
       OLGA M. VIEIRA
       Florida Bar No. 029783
       E-mail: ovieira@carltonfields.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of April, 2012, I hand delivered the foregoing to the Clerk of the Court which will then serve all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/Olga M. Vieira*
OLGA M. VIEIRA