UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 12-20613-CIV-HUCK/BANDSTRA

Frank Enriquez, on behalf of himself and
others similarly situated,

      Plaintiff

vs.

Easton-Bell Sports, Inc.
and Riddell, Inc.,

      Defendants.
_____/

### ORDER ON DEFENDANTS' MOTION TO DISMISS AND TO STRIKE

THIS MATTER is before the Court upon Defendants' Motion to Dismiss and to Strike Class Action Allegations (D.E. No. 33), filed on April 9, 2012. The Court has carefully reviewed the parties' submissions and the applicable law, and, on June 15, 2012, heard oral argument on the issues raised therein. For the reasons stated in open court, it is ORDERED and ADJUDGED that

Count One of Plaintiff's Amended Class Action Complaint (the "Complaint") (D.E. No. 9) is DISMISSED WITHOUT PREJUDICE as to Defendants Easton-Bell Sports, Inc. ("Easton-Bell") and Riddell, Inc.;

Count Two of the Complaint is DISMISSED WITHOUT PREJUDICE as to Easton-Bell;[1]

Count Three of the Complaint is DISMISSED WITHOUT PREJUDICE as to Easton-Bell;

Count Four of the Complaint is DISMISSED WITHOUT PREJUDICE as to Easton-Bell

---

[1] Riddell concedes that Counts Two and Three, as alleged, state a cause of action as to Riddell.

and Riddell;

Count Five of the Complaint is DISMISSED WITHOUT PREJUDICE as to Easton-Bell and Riddell;

Count Six of the Complaint is DISMISSED WITHOUT PREJUDICE as to Easton-Bell and Riddell;

Count Seven of the Complaint is DISMISSED WITHOUT PREJUDICE as to Easton-Bell and Riddell;

Count Eight of the Complaint is DISMISSED WITHOUT PREJUDICE as to Easton-Bell and Riddell;

Defendants' Motion to Strike Class Action Allegations is DENIED WITHOUT PREJUDICE as premature;

Plaintiff shall have until Monday, July 2, 2012, to file a Second Amended Complaint.

DONE in Chambers, Miami, Florida, on June 15, 2012.

_____
Paul C. Huck
United States District Judge

**Copies furnished to:**
All Counsel of Record