UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 12-20613-CIV-HUCK/BANDSTRA

Frank Enriquez, on behalf of himself )
and all other similarly situated, )
　)
　　　　Plaintiff, )
　)
v. )
　)
Easton-Bell Sports, Inc. and )
Riddell, Inc., )
　)
　　　　Defendants. )
　)
_____

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to the following:

1.　This action is dismissed with prejudice; and

2.　All parties shall be responsible for their respective fees and costs associated with this action.

Dated:  August 8, 2012.

　　　　　　　　　　　　　　　　　　　　　　**CRIDEN & LOVE, P.A.**
　　　　　　　　　　　　　　　　　　　　　　7301 Southwest 57th Court, Suite 515
　　　　　　　　　　　　　　　　　　　　　　South Miami, Florida  33143
　　　　　　　　　　　　　　　　　　　　　　Telephone: (305) 357-9000
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (305) 357-9050

　　　　　　　　　　　　　　　　　　　　　　By: s/Kevin B. Love
　　　　　　　　　　　　　　　　　　　　　　Kevin B. Love
　　　　　　　　　　　　　　　　　　　　　　Florida bar No. 993948
　　　　　　　　　　　　　　　　　　　　　　Email: klove@cridenlove.com

Daniel E. Gustafson
Email: dgustafson@gustafsongluek.com
Jason S. Kilene
Email: jiliene@gustafsongluek.com
David A. Goodwin
Email: dgoodwin@gustafsongluek.com
**GUSTAFSON GLUEK, PLLC**
650 Northstar East
608 Second Avenue South
Minneapolis, MN  55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622

Charles S. Zimmerman
Email: charles.zimmerman@zimmreed.com
J. Gordon Rudd, Jr.
Email: gordon.rudd@zimmreed.com
Brian C. Gudmundson
Email: brian.gudmundson@zimmreed.com
**ZIMMERMAN REED, PLLP**
1100 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844

Richard A. Lockridge
Email: ralockridge@locklaw.com
Yvonne M. Flaherty
Email: ymflaherty@locklaw.com
**LOCKRIDGE GRINDAL NAUEN, P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN  55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981

Garrett D. Blanchfield
Email: g.blanchfield@rwblawfirm.com
**REINHARDT WENDORF & BLANCHFIELD**
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN  55101
Telephone: (612) 287-2100
Facsimile: (612) 287-2103

*Attorneys for Plaintiff*

**BOWMAN AND BROOKE LLP**
2901 North Central Avenue, Suite 1600
Phoenix, Arizona 85012
Telephone: (602) 643-2300
Facsimile: (602) 248-0947

By:    s/Paul G. Cereghini
PAUL G. CEREGHINI (admitted pro hac vice)
Email: paul.cereghini@bowmanandbrooke.com
THOMAS C. HOWARD (admitted pro hac vice)
Email: thomas.howard@bowmanandbrooke.com

JOHN D. SEAR (admitted pro hac vice)
Email: john.sear@bowmanandbrooke.com
NATHAN J. MARCUSEN (admitted pro hac vice)
Email: nathan.marcusen@bowmanandbrooke.com
**BOWMAN AND BROOKE LLP**
150 South Fifth Street, Suite 3000
Minneapolis, Minnesota 55402
Telephone: (612) 339-8682
Facsimile: (612) 672-3200

        BENJAMINE REID
Florida Bar No. 193522
Email: breid@carltonfields.com
D. MATTHEW ALLEN
Florida Bar No. 866326
Email: mallen@carltonfields.com
OLGA M. VIEIRA
Florida Bar No. 029783
E-mail: ovieira@carltonfields.com
**CARLTON FIELDS, P.A.**
Miami Tower
100 Southeast Second Street, Suite 4200
Miami, Florida  33131
Telephone: (305) 530-0050
Facsimile:  (305) 530-0055

*Attorneys for Defendants Easton-Bell Sports, Inc. and Riddell, Inc.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 8, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

        s/Kevin B. Love
        Kevin B. Love