UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-20613-CIV-HUCK/BANDSTRA

Frank Enriquez, on behalf of himself and others similarly situated,

 Plaintiff

vs.

Easton-Bell Sports, Inc. and Riddell, Inc.,

 Defendants.
_____/

**CLOSED CIVIL CASE**

## ORDER OF DISMISSAL

THIS MATTER is before the Court upon the parties' Stipulation of Dismissal (D.E. No. 62), filed August 8, 2012. The Notice states that the parties stipulate and agree that the above-captioned case shall be dismissed with prejudice, and that each party shall be responsible for its respective fees and costs. After considering the Stipulation and being otherwise duly advised, it is

ORDERED that this case is DISMISSED WITH PREJUDICE. All pending motions are DENIED AS MOOT and the case is CLOSED.

DONE in Chambers, Miami, Florida, on August 13, 2012.

           _____
           Paul C. Huck
           United States District Judge

**Copies furnished to:**
All Counsel of Record